# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNE L. MIESSEK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | 1:18-cv-00300-LJO-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Tonne L. Miessek, proceeding pro se, filed this civil action on March 2, 2018. Plaintiff also filed a motion seeking leave to proceed in forma pauperis, but the form application was not complete. It is unclear from the application whether or not Plaintiff has received money from any sources over the last twelve months and, if so, the amount received and what Plaintiff expects to continue to receive. Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

　Dated: __April 15, 2018__　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1